UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN CAMPBELL,

                    Plaintiff,

          - against -

AMSTER, ROTHSTEIN & EBENSTEIN
LLP, AND DANIEL EBENSTEIN,

                    Defendants.

**ORDER**

20 Civ. 3193 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          In light of the parties' ongoing settlement discussions, it is hereby ORDERED

that all proceedings in this case be stayed for 30 days from the date of this order.  The parties

shall provide the Court with a joint letter on **August 11, 2020**, describing the status of the case.

          IT is further ORDERED that this case is referred for mediation to the Court's

Alternative Dispute Resolution program of mediation.  Local Rule 83.9 and the Mediation

Program Procedures shall govern the mediation, and the parties are directed to participate in the

mediation in good faith.  Unless otherwise ordered, the mediation will have no effect upon any

scheduling Order issued by this Court.

Dated: New York, New York
          August 14, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge